IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

| | |
|---|---|
| **EUGENE HARVEY** (#2015-0723284), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 11165 |
| ) | |
| **THOMAS J. DART**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This Court has made extended efforts to assist prisoner plaintiff Eugene Harvey ("Harvey") in pursuing his constitutional challenge to the conditions of confinement to which he was subjected while detained at the Cook County Department of Corrections. Most recently its June 17, 2016 memorandum order contained a summary description of those efforts, which had proved unsuccessful in a highly important respect -- the likely provision of a member of this District Court's trial bar to be designated as Harvey's counsel, given the difficulties always faced by incarcerated nonlawyers in pursuing such claims -- because of Harvey's continued inattention to the requirements in that respect.

>    Because of that inattention, the June 17 order concluded with this paragraph:
>
>    Despite Harvey's extended delinquency to this point, this Court is loath to dismiss his action for want of prosecution without warning him of that possibility in advance. Accordingly it is once again sending him another three copies of the Motion form so that he can complete it properly and return two of those copies to the Clerk's Office -- but this time, if he does not do so in time for the forms to be received on or before July 6 this action will indeed be dismissed for want of prosecution.

But once again nothing has been forthcoming from Harvey, and as this Court's March 3, 2016 memorandum order had said:

> As helpful as this Court seeks to be in assisting pro se litigants (just as was done here), it is not obligated to play nursemaid for them.

Accordingly, as forecast in the June 17 memorandum order, Harvey's Complaint and this action are dismissed for want of prosecution.

                                                 Milton I. Shadur
                                                 Senior United States District Judge

Date: July 22, 2016