# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **EUGENE HARVEY** (#2015-0723284), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 11165 |
| ) | |
| **THOMAS J. DART**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Just after this Court had issued its July 22, 2016 memorandum order dismissing this pro se action by prisoner plaintiff Eugene Harvey ("Harvey") for want of prosecution, a motion under Fed. R. Civ. P. 56 seeking summary judgment, by defendant Cook County Sheriff Thomas Dart, coupled with a supporting memorandum of law and two exhibits, arrived in this Court's chambers. Under the circumstances a brief minute entry has denied that motion, targeting as it does an already-dismissed Complaint and action, as moot by a brief minute entry. Nevertheless, this brief memorandum order is worth adding to the case file.

This Court's review of Sheriff Dart's filing confirms that Harvey did not indeed exhaust his administrative remedies before bringing this lawsuit -- and 42 U.S.C. § 1997e(a) makes such exhaustion a precondition to the filing of suit by a plaintiff such as Harvey. Accordingly, even if Harvey had been able to dodge the dismissal-for-want-of-prosecution bullet, his action would have been dismissed in substantive terms.

							_____
							Milton I. Shadur
							Senior United States District Judge

Date: July 25, 2016